# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ricky E. Passmore, | ) |
| | ) |
|    Plaintiff, | ) Civil Action File No.: |
| | ) 1:24-cv-01338-MHC-CMS |
| v. | ) |
| | ) |
| Equifax Information Services, LLC, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Ricky E. Passmore, by and through undersigned counsel, hereby dismisses this action against Defendant, Equifax Information Services, LLC, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 18th day of July, 2024.

                                          **BERRY & ASSOCIATES**

                                          */s/ Matthew T. Berry*
                                          Matthew T. Berry
                                          Georgia Bar No.: 055663
                                          matt@mattberry.com
                                          Telephone: (404) 235-3334
                                          2751 Buford Highway, Suite 600
                                          Atlanta, GA 30324

/s/ Chris Armor
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Equifax Information Services, LLC, with adequate postage affixed thereto and addressed as follows:

Christine Kapur<br>
Equifax Information Services<br>
1550 Peachtree St.<br>
Atlanta GA 30309

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

3